# GARNISHMENT SUMMONS

Commonwealth of Virginia  Va. Code §§ 8.01-511, 8.01-512.3

**COURT NAME**
GREENE General District Court

**COURT ADDRESS AND TELEPHONE NUMBER**
12 FORD AVENUE  STANARDSVILLE, VA 22973-0245  434-985-5224

| | |
|---|---|
| **CASE NO.** GV13000182—01 | **HEARING DATE & TIME** 11-20-13 @ 11:30 AM |

**JUDGMENT CREDITOR'S NAME** | **TELEPHONE NUMBER**
UVA PHYSICIANS GROUP
C/O Kramer, Linkie & Taylor LLC
9210 Corporate Blvd. Suite 350
Rockville, MD 20850

**JUDGMENT CREDITOR'S ATTORNEY'S NAME**
MATTHEW P. LINKIE, VSB#47799
KRAMER, LINKIE & TAYLOR, LLC
9210 Corporate Boulevard, Suite 350
Rockville, Maryland 20850
Toll Free: 877-745-9562

**GARNISHMENT SUMMONS**

**JUDGMENT DEBTOR'S NAME (SERVE)** | **TELEPHONE NUMBER**
TRACEY TREVILLIAN
415 LOGTRAC RD
STANARDSVILLE VA 22973
434-327-9627

**SOCIAL SECURITY NUMBER**
***-**-6823

**GARNISHEE'S NAME**
DAL GLOBAL SERVICES LLC
SERVE: Officer, Director or Managing Employee
420 PORTUGEE RD
RICHMOND VA 23250

**DATE OF JUDGMENT**
05-15-13

**STATEMENT**
| | |
|---|---|
| 443.00 | Judgment Principal |
| 0.00 | Credits |
| 0.00 | Interest |
| 56.00 | Judgment Costs |
| 0.00 | Attorney's Fees |
| 68.00 | Garnishment Costs |
| 567.00 | **TOTAL BALANCE DUE** |

The garnishee shall rely on this amount.

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

**DATE OF ISSUANCE OF SUMMONS**
JUN 11 2013

**CLERK**
[signature]

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes  [ ] no  [ ] cannot be demanded

**DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS**
JUN 11 2013

**CLERK**
[signature]

TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

This is a garnishment against (check only one)
[ X ] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically:..........

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

[ ] Support
[ ] 50%  [ ] 55%
[ ] 60%  [ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%

$..........  received by

..........
JUDGMENT CREDITOR

**CASE DISPOSITION**

I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $.......... net of any credits.
[ ] the case be DISMISSED.
[ ]..........

..........
DATE ENTERED
..........
JUDGE

[ ] Judgment debtor present

..........
DATE

FORM DC-451 (FRONT) 1/07

KLT File No. 155930